**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **LILIYA TURUBCHUK, et al,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 3:12-cv-594-JES** |
| **v.** | ) | |
| | ) | |
| **SOUTHERN ILLINOIS ASPHALT** | ) | |
| **COMPANY, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the court, the issues have been decided

and a decision has been rendered. Now, therefore, **IT IS ORDRED AND ADJUDGED** that

Plaintiffs take nothing by way of their Third Amended Complaint against Defendant and this

action is dismissed on the merits.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant is awarded costs in the

amount of $4,941.29.


**DATE: 4/27/2021**

**MARGARET M. ROBERTIE,**
**CLERK OF COURT**

BY:   /s/ *Lisa M. Tidwell*
**Deputy Clerk**


Approved:   /s/ **James E. Shadid**
**James E. Shadid**
**United States District Judge**